# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **AIMEE MORRISON, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,**<br><br>    Plaintiff,<br><br>v.<br><br>**CLEAR MANAGEMENT SOLUTIONS,**<br><br><br>    Defendant. | **ORDER AFFIRMING GRANT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Case No. 1:17-cv-51<br><br>Judge Clark Waddoups |

By Order entered January 2, 2020 (ECF No. 66), the court granted the parties' Motion for Preliminary Approval of Class Action Settlement (ECF No.62) and preliminarily found, among other things, that the proposed settlement "is in all respects fundamentally fair, reasonable, adequate, and in the best interests of the Settlement Class members."  By Joint Motion for Preliminary Approval of Class Action Settlement filed on January 21, 2020, the parties brought additional and newly-discovered information to the court's attention.  After reviewing this additional information, and for good cause shown, the court **HEREBY AFFIRMS** in all respects its January 2, 2020 Order Granting Motion for Preliminary Approval of Class Action Settlement.

Dated this 22nd day of January, 2020.

BY THE COURT:

_Clark Waddoups_
Clark Waddoups
United States District Judge